UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X

Shraga Klein,

          Plaintiff(s),          09 Civ. 7018 (KMK)(PED)

-against-                        CALENDAR NOTICE

New Century Financial Services, Inc.,

          Defendant(s).
-------------------------------------------------X

      Please take notice that the above captioned matter has been scheduled for:

| ___ Pre-trial Conference | ___ Status Conference | ___ Oral argument |
| ___ Settlement conference | ___ Plea Hearing | ___ Suppression hearing |
| _x_ Rule (16) conference | ___ Final pre-trial conference | |
| ___ Telephone Conference | ___ Jury Selection and Trial | |
| ___ Non-Jury Trial | ___ Inquest | |

before the Honorable Kenneth M. Karas, United States District Judge, on Thursday, May 6, 2010 at 2:00 p.m. in Courtroom 521, U. S. District Court, 300 Quarropas Street, White Plains, New York 10601.

      Any scheduling difficulties must be brought to the attention of the Court in writing, at least three business days beforehand.

Dated: March 16, 2010
       White Plains, New York

                                      So Ordered

                                      Kenneth M. Karas, U.S.D.J

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: