UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
SHRAGA KLEIN,

                        Plaintiff,          09 CV 07018 (CS)
                                         JUDGMENT

   -against-

NEW CENTURY FINANCIAL SERVICES, INC.,
and PRESSLER AND PRESSLER, LLP,

                      Defendants.
------------------------------------X

      Whereas the above entitled action having been assigned to the Honorable Cathy Seibel, U.S.D.J., and the Court thereafter on March 28, 2011, having handed down an Order (Docket #21), granting defendants' motion to dismiss, and thereby dismissing this action in its entirety, it is,

      **ORDERED, ADJUDGED AND DECREED**: that defendant's motion to dismiss is granted, the FDCPA claims are dismissed, and supplemental jurisdiction over the remaining state law claims is declined, accordingly, judgment is entered in favor of defendants' and the case is hereby closed.

Dated: White Plains, N.Y.
       March 30, 2011

                                                   CLERK
                                    Ruby Krajick - Clerk